# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.    8:26CR40 |
| Plaintiff, | |
| vs. | **SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE** |
| ALBERTO AVITIA-ESPARZA, | |
| Defendant. | |

Defendant states to the Court as follows:

(1)    I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2)    I have discussed with my attorney my right to present evidence and make argument on this determination.  All the questions I have concerning that right have been answered.  I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3)    At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____          05/07/2026_____
Defendant                                                        Date

_____          05/07/2026_____
Attorney for Defendant                                  Date

## ORDER

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this  7th  day of _____May___, 2026.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT